

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2016

No. 04-16-00652-CV

John **HARWOOD**,
Appellant

v.

Brian **GILROY**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI11327
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file brief is hereby GRANTED. The appellant's brief is due on or before November 22, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court